ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6739
    Fax:        894-7327
    email:    kevin.finn@usdoj.gov
Attorneys for Federal Defendants

E-FILED 06/24/13

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SUZANNE BEDFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>USDA FOREST SERVICE,<br><br>    Defendant. | Case No. EDCV 13-882 PSG (DTBx)<br><br>(~~Proposed~~)<br>ORDER DISMISSING CASE<br><br>Honorable Philip S. Gutierrez |

    The Court having reviewed the Stipulation to Dismiss Case the parties filed, hereby orders that this case is dismissed with prejudice, with each party to bear its own costs and fees, including attorney fees.

    DATED: This  24th  day of June, 2013

# PHILIP S. GUTIERREZ
PHILIP S. GUTIERREZ
United States District Judge